JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CRIM 349

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :        INDICTMENT

        - v. -                    :

THOMAS CALLAHAN,                  :        USDC SDNY
    a/k/a "Thomas Oleske,"                 DOCUMENT
                                  :        ELECTRONICALLY FILED
            Defendant.                     DOC #: _____
                                  :        DATE FILED: APR 21 2008

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about April 1, 2008, in the Southern District of New York, THOMAS CALLAHAN, a/k/a "Thomas Oleske," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did attempt to take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CALLAHAN attempted to rob the branch of Bank of America located at 1775 Broadway, New York, New York 10019, by threatening a bank employee with harm if money in the bank's custody was not given to CALLAHAN.

(Title 18, United States Code, Section 2113(a).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

THOMAS CALLAHAN,
a/k/a "Thomas Oleske,"

                Defendant.

**INDICTMENT**

08 Cr.

(18 U.S.C. § 2113(a))

            MICHAEL J. GARCIA
            United States Attorney.

A TRUE BILL

                            Foreperson.

*[Handwritten: 4/21/08 - Fld. Indictment, case assigned to Judge Koeltl. S/Eaton, J. U.S.M.J.]*

*[Post-it 11/1/87]*