USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

THOMAS CALLAHAN,

                          Defendant.
------------------------------------------------------------X

08 cr 349 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, June 12, 2008 at 3:00pm** before the Honorable John G. Koeltl.

The Court, in an order dated June 2, 2008, incorrectly listed the case number in this action as 08 cr 305 (JGK). The Court prospectively excluded the time from June 2, 2008 until June 12, 2008 in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court hereby corrects the June 2, 2008 as case number 08 cr 349 (JGK).

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
6/8/08