```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

THOMAS CALLAHAN,

               Defendant.

08 Cr. 349 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **June 30, 2008** at **4:30 p.m.**

Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **June 12, 2008,** until **June 30, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
          June 12, 2008

                                            John G. Koeltl
                                      United States District Judge