UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

THOMAS CALLAHAN,

Defendant.

08 Cr. 349 (JGK)
13 Cr. 980 (WHP)

MMEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The defendant moves for an early termination of supervised release. The defendant, who is now 66 years old, has already served 25 months of his 36-month term of supervised release. The defendant has made substantial strides toward rehabilitation. He has found stable housing and has achieved a substantial period of sobriety.

The defendant's probation officer does not believe that any further period of supervised release is necessary, and the Government does not object to the termination of supervised release.

It is clear that the Court has the discretion to terminate the defendant's term of supervised release at this point. See 18 U.S.C. § 3583(e)(1) (providing that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"); United States v. Lussier, 104 F.3d 32, 35 (2d Cir.

1997) (providing that a court must consider "the factors set forth in [18 U.S.C. §] 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6)" in deciding whether to terminate or modify supervised release).

The Court is satisfied that the defendant's conduct warrants an early termination of his supervised release. Therefore, the defendant's request for an early termination of his supervised release is **granted**.

**SO ORDERED.**

Dated: New York, New York
June 1, 2018

John G. Koeltl
United States District Judge